**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| T&T Enterprises LLC, | No. CV-18-08231-PCT-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Aztec Secret Health and Beauty Limited, et al., | |
| Defendants. | |

The Court has an independent obligation to determine on its own initiative whether it has subject-matter jurisdiction. *Ruhrgas AG v. Marathon Oil Co.*, 526 U.S. 574, 583 (1999). Pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure, "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."

Diversity jurisdiction exists when there is complete diversity of citizenship between the plaintiff and the defendants and the amount in controversy exceeds $75,000, exclusive of interests and costs. 28 U.S.C. § 1332. A controversy meets this requirement when "all the persons on one side of it are citizens of different states from all the persons on the other side." *Strawbridge v. Curtiss*, 7 U.S. 267 (1806).

"[A]n LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Likewise, for diversity purposes, the citizenship of a limited partnership is based upon the citizenship of all of its partners. *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96

(1990).

"[T]he party asserting diversity jurisdiction bears the burden of proof." *Lew v. Moss*, 797 F.2d 747, 749 (9th Cir. 1986). In an action in which the plaintiff asserts diversity, the complaint must allege the citizenship of every member of any plaintiff that is a limited partnership or LLC, *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 611 (9th Cir. 2016), and must plead that each defendant is completely diverse. *Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1087 (9th Cir. 2014). Where defendants are limited partnerships or LLCs, the plaintiff may allege the diversity of defendants "on information and belief" if the plaintiff cannot reasonably ascertain the citizenship of each member of each defendant limited partnership or LLC. *Id.*

T&T Enterprises, LLC, failed to allege in its complaint the citizenship of each of its members. It also failed to allege that the members of Aztec Secret Health and Beauty Ltd. and Oceanside Health Products LP are completely diverse. The Court will allow T & T to supplement its complaint. *See NewGen*, 840 F.3d at 612 ("Courts may permit parties to amend defective allegations of jurisdiction at any stage in the proceedings."). Accordingly,

**IT IS ORDERED** that by November 16, 2018, T&T shall file an amended complaint, properly alleging diversity jurisdiction.

**IT IS FURTHER ORDERED** that if T&T fails to timely file its amended complaint, the Clerk of the Court shall dismiss this case, without prejudice and without further notice, for lack of subject-matter jurisdiction on November 19, 2018.

Dated this 9th day of November, 2018.

Dominic W. Lanza
United States District Judge